UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 3-96-99 PAM/JGL


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| | ) | |
| MICHAEL D. CHENEY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| DAZY MAZE, | ) | |
| | ) | |
| Garnishee. | ) | |


A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is not an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 6, 2010, is hereby released.


Dated: May 27, 2010

S/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court